UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| ALICE NICHOLS,<br>        Plaintiff,<br><br>vs.<br><br>U.S. DEPARTMENT OF HOUSING<br>AND URBAN DEVELOPMENT AND<br>JOHN DOES 1/10 INCLUSIVE,<br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 3:22-cv-0022-TCB |

## J U D G M E N T

This action having come before the court, Timothy C. Batten, Sr., United States District Judge, for consideration of the magistrate's report and recommendation, and the court having adopted the same, it is

**Ordered and Adjudged** that the action be **DISMISSED** without prejudice for want of prosecution and failure to comply with a court order.

Dated at Newnan, Georgia this 22nd day of April, 2022.


                                        KEVIN P. WIEMER
                                        CLERK OF COURT


                                By:  s/ D. Barfield
                                     Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
April 22, 2022
Kevin P. Weimer
Clerk of Court


By: s/ D. Barfield
        Deputy Clerk